UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) 3:09-md-02100-DRH<br>)<br>) MDL No. 2100<br>) |

**This Document Relates To:**

| | |
|---|---|
| *Jessica Aladetohun v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12537-DRH |
| *Kendall Backman v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11886-DRH |
| *Whitney Behl, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10544-DRH |
| *Laura Chappell, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-10763-DRH |
| *Ashley Collins v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10635-DRH |
| *Whitney Garner v. Bayer Corporation, et al.* | No. 12-cv-11235-DRH |
| *Debbie Goodwyn v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12813-DRH |
| *Ashley N. Johnson, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-12168-DRH |
| *Gina Johnson, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10444-DRH |
| *Laura Land v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12231-DRH |
| *Erin McDonald v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10974-DRH |
| *Melody Moore, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-13500-DRH |

| | |
|---|---|
| *Stephany Perez v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-13051-DRH |
| *Stephanie Stathas v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10714-DRH |
| *Shaina Wetula v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12039-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on June 27, 2014, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:   /s/*Caitlin Fischer*
    Deputy Clerk

**Dated:** June 27, 2014

Digitally signed by David R. Herndon
Date: 2014.06.27 16:05:08 -05'00'

**APPROVED:**
    **CHIEF JUDGE**
    **U. S. DISTRICT COURT**

2